**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMISH PARIKH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE KENDAL CORPORATION,<br><br>*Defendant.* | ) | Case No. 2:25-CV-00129 |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23, Plaintiff Amish Parikh ("Plaintiff"), individually and on behalf of all others similarly situated, and together with proposed Class Representative Niamh Jacobsen[1] respectfully move this Court for the entry of the proposed Final Approval Order submitted herewith, which seeks final approval of the proposed class action settlement and certification of a proposed settlement class (the "Settlement Class") as defined therein. In support of this request, Plaintiff states the following:

1. The terms of the settlement are set forth in the Settlement Agreement that was executed in November 2025, attached as Exhibit A to Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") [DE # 23] filed December 1, 2025.

---

[1] Niamh Jacobsen is the named plaintiff in a related action arising from the same Data Incident styled *Niamh Jacobsen, individually and on behalf of all others similarly situated v. The Kendal Corporation*, 1:25-cv-00104-MN (D. Del.). It is the intention of the Parties to settle and resolve all claims arising from both actions by way of this Settlement

2. The relief sought in this motion is supported by Counsel Leigh Montgomery's Declaration, attached as Exhibit B to Plaintiff's Motion for Preliminary Approval; the Memorandum in Support of Plaintiff's Motion for Preliminary Approval; as well as the Memorandum in Support of the current Motion.

3. In addition, Plaintiff incorporates the Declaration of Jordan Bakondy Regarding Notice and Claims Administration, attached hereto as Exhibit A.

4. A proposed Final Approval Order is attached hereto as Exhibit B.

Dated: April 15, 2026

Respectfully submitted,

_/s/ *Leigh S. Montgomery*____
Leigh S. Montgomery (*pro hac vice*)
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Tel: (888) 350-3931
Email: lmontgomery@eksm.com

Jacob U. Ginsburg, Esq.
PA Bar 311908
**KIMMEL & SILVERMAN P.C.**
30 East Butler Ave.
Ambler, PA 19002
P: (267)468-5374
jginsburg@creditlaw.com

David K. Lietz (*pro hac vice*)
**MILBERG PLLC**
5335 Wisconsin Ave, NW, Ste. 440
Washington, DC 20015
Telephone: 866-252-0878
DLietz@milberg.com

***Class Counsel and Counsel for Representative Plaintiffs***

**CERTIFICATE OF SERVICE**

This is to certify that on April 15, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Leigh S. Montgomery*
Leigh S. Montgomery